**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Custom Rubber Products, LLC** |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | **20-34466** |

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■    *Schedule H: Codebtors* (Official Form 206H)
■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
■    Other document that requires a declaration    **Business Income and Expenses**
    **Amended Creditor Matrix**

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on | 9/17/2020 |

x *Gerry Maters*
Signature of individual signing on behalf of debtor

**Gerry Maters**
Printed name

**Vice President and Chief Financial Officer**
Position or relationship to debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name **Custom Rubber Products, LLC** |
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) **20-34466** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals 12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................. $ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................ $ 2,598,335.24

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $ 2,598,335.24

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ 303,109.93

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................... +$ 90,141,923.83

4. Total liabilities .................................................................................................
    Lines 2 + 3a + 3b

    $ 90,445,033.76

| Fill in this information to identify the case: |
| --- |

| Debtor name | **Custom Rubber Products, LLC** |
| --- | --- |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF TEXAS |
| Case number (if known) | **20-34466** |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Amegy Bank, NA** | **Accounts Payable Checking Account** | 7989 | $0.00 |
| 3.2. | **Amegy Bank, NA** | **Deposit Account** | 0133 | $83,012.15 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $83,012.15 |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1. | **Prepaid Expenses** | $11,434.38 |
| --- | --- | --- |

| Debtor | **Custom Rubber Products, LLC** | Case number *(if known)* **20-34466** |
| --- | --- | --- |
| | Name | |

| | | |
| --- | --- | --- |
| 8.2. | **Prepaid Insurance** | **$110,064.88** |

| 9. | **Total of Part 2.** | **$121,499.26** |
| --- | --- | --- |
| | Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | |
| --- | --- | --- | --- | --- |
| | 11a. 90 days old or less: | **410,516.46** | - | **0.00** = .... | **$410,516.46** |
| | | face amount | | doubtful or uncollectible accounts | |

| | 11b. Over 90 days old: | **75,176.28** | - | **9,214.15** =.... | **$65,962.13** |
| --- | --- | --- | --- | --- |
| | | face amount | | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | **$476,478.59** |
| --- | --- | --- |
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- | --- |
| 19. | **Raw materials** **Raw materials; see attached Exhibit A; Current value $1,413,940.76 less $1,338,335.26 (Inventory Reevaluation)** | 12/5-6/2019 | $75,605.50 | Cost | $75,605.50 |
| 20. | **Work in progress** **Work in progress; see attached Exhibit A** | 12/5-6/2019 | $135,346.56 | Cost | $135,346.56 |
| 21. | **Finished goods, including goods held for resale** | | | | |

| Debtor | **Custom Rubber Products, LLC** | | Case number *(If known)* **20-34466** |
|---|---|---|---|
| | Name | | |

| | | | | | |
|---|---|---|---|---|---|
| | **Finished goods; see attached Exhibit A; Current value $1,292,125.97 less $578,465.81(Inventory Reserve)** | 12/5-6/2019 | $713,660.16 | Cost | $713,660.16 |
| 22. | **Other inventory or supplies** Freight in inventory | 12/5-6/2019 | $8,475.10 | Cost | $8,475.10 |

| | | |
|---|---|---|
| 23. | **Total of Part 5.** Add lines 19 through 22.  Copy the total to line 84. | $933,087.32 |

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** Furniture and fixtures | $0.00 | Cost | $0.00 |
| 40. | **Office fixtures** Leasehold improvements | $0.00 | Cost | $0.00 |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** Software and computers | $0.00 | Cost | $0.00 |

| Debtor | **Custom Rubber Products, LLC** | Case number *(if known)* | **20-34466** |
|---|---|---|---|
| | Name | | |

42.    **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**    **$0.00**

       Add lines 39 through 42. Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**

       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

       ■ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

       ☐ No. Go to Part 9.
       ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.**   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2012 Ford F-350 Pickup VIN 1FDRF3GT8CEB18808** | **Unknown** | | **$10,000.00** |
| **48.**   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.**   **Aircraft and accessories** | | | |
| **50.**   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| **Manufacturing equipment; see attached Exhibit B** | **$974,257.92** | Cost | **$974,257.92** |
| **Molds; see attached Exhibit C** | **$0.00** | Cost | **$0.00** |
| **CIP; see attached Exhibit B** | **$0.00** | Cost | **$0.00** |
| **Other machinery and equipment; see attached Exhibit B; Value is <$453.72>** | **$0.00** | Cost | **$0.00** |

51.    **Total of Part 8.**    **$984,257.92**

       Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

| Debtor | **Custom Rubber Products, LLC** | | Case number *(If known)* **20-34466** |
|---|---|---|---|
| | Name | | |

�■ No
☐ Yes

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☐ ■ Yes Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| | Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 55.1. | **2625 Bennington<br>Houston, TX 77093** | **Leasehold interest only** | **$0.00** | | **$0.00** |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| |
|---|
| **$0.00** |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ ■ No
☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ ■ No
☐ Yes

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ ■ No.  Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:   All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ ■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor   **Custom Rubber Products, LLC**                        Case number *(if known)*  **20-34466**
         Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$83,012.15** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$121,499.26** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$476,478.59** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$933,087.32** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$984,257.92** | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$2,598,335.24** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$2,598,335.24** |

| Fill in this information to identify the case: |
|---|

Debtor name    **Custom Rubber Products, LLC**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF TEXAS

Case number (if known)    **20-34466**

☐ Check if this is an
     amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name __**Custom Rubber Products, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __**20-34466**__

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | **Total claim** | **Priority amount** |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$303,109.93** | **Unknown** |
|---|---|---|---|---|
| | **Ann Bennett**<br>**Tax Assessor-Collector**<br>**Harris County, et al.**<br>**PO Box 3547**<br>**Houston, TX 77253-3547** | ☐ Contingent<br>☑ Unliquidated<br>☑ Disputed | | |
| | Date or dates debt was incurred<br>**2020** | Basis for the claim:<br>**Business property taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | **TEXAS COMPTROLLER OF**<br>**PUBLIC ACCOUNTS**<br>**PO BOX 13528, Capitol Station**<br>**Austin, TX 78711-3528** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2020** | Basis for the claim:<br>**Franchise taxes** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ☑ No<br>☐ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Custom Rubber Products, LLC** | Case number (if known) | **20-34466** |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $204.41 |
|---|---|---|---|

**ABC Home & Commercial Services**
**11934 Barker Cypress Road**
**Cypress, TX 77433**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Invoice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,996.75 |
|---|---|---|---|

**ABRASIVE WAREHOUSE & EQUIP**
**1221 N. POST OAK ROAD**
**Houston, TX 77055**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Check Not Cleared**
**Unpaid Invoice**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $86.82 |
|---|---|---|---|

**Airgas USA, LLC**
**P.O. BOX 676015**
**Dallas, TX 75267-6015**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Check Not Cleared**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aker Solutions**
**5333 Front Street**
**Sealy, TX 77474**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allamon Tool Company**
**18935 Freeport Dr.**
**Montgomery, TX 77356**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **For notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amegy Bank, NA**
**1717 West Loop S., 20th Floor**
**Houston, TX 77027**

Date(s) debt was incurred __
Last 4 digits of account number  **7889**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Credit Card ending in 7889**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,792.72 |
|---|---|---|---|

**Amerigas  Propane, LP**
**8903 LAWNDALE ST**
**Houston, TX 77012-3455**

Date(s) debt was incurred __
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Pending Check Not Cleared**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Custom Rubber Products, LLC** | Case number (if known) | **20-34466** |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,322.00** |
|---|---|---|---|

**ANDRE BURTON PROTECTION AGENCY, LLC**
**23471 MACE DR**
**Porter, TX 77365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Pending Check Not Cleared**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Andy Boyd Company (ABCO)**
**7108 West Little York Road**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**APS Technology**
**7 Laser Lane**
**Wallingford, CT 06492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For Notice Purposes Only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$81.19** |
|---|---|---|---|

**AWARDS NETWORK**
**PO BOX 100**
**La Porte, IN 46352-0100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Pending Check Not Cleared**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Baker Hughes Oilfield Operations, LLC**
**16607 Central Greens Blvd.**
**Houston, TX 77032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Baker Hughes Oilfield Operations, LLC**
**16610 Aldine Westfield**
**Houston, TX 77073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Baker Oil Tools (BOT)**
**Attn: Nelson Rincon**
**9100 Emmott Road**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **For notice purposes only**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Custom Rubber Products, LLC** | Case number (if known) | **20-34466** |
|---|---|---|---|
| | Name | | |

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Baker Oil Tools (BOT)**
**1999 Rankin Road**
**Houston, TX 77073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Baker Oil Tools (BOT)**
**14990 Yorktown Plaza**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BJ Services**
**1211 FM 2920**
**Tomball, TX 77375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **For notice purposes only**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $135.12 |
|---|---|---|---|

**C.H. ROBINSON COMPANY**
**14701 CHARLSON ROAD**
**STE 1400**
**Eden Prairie, MN 55347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending Check Not Cleared**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31.06 |
|---|---|---|---|

**CENTERPOINT  ENERGY HOUSTON**
**P.O. Box 4567**
**Houston, TX 77210-4567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending Check Not Cleared**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $784.27 |
|---|---|---|---|

**CITY OF HOUSTON WATER DIVISION**
**CITY HALL**
**Houston, TX 77001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending Check Not Cleared**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,164.02 |
|---|---|---|---|

**DE LAGE LANDEN FINANCIAL SE**
**1111 OLD EAGLE SCHOOL RD**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Pending Check Not Cleared**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Custom Rubber Products, LLC** | | Case number *(if known)* | **20-34466** |
|---|---|---|---|---|
| | Name | | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$146,718.37** |
|---|---|---|---|
| | **Dennis Kroll**<br>**2013 Golden Bay Lane**<br>**League City, TX 77573** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Unpaid royalties__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$741.77** |
|---|---|---|---|
| | **DYNA-MIX**<br>**705 SOUTH LYONS**<br>**Tyler, TX 75712** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Pending Check Not Cleared__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,250.00** |
|---|---|---|---|
| | **ELEMENT MATERIALS TECHNOLOGY**<br>**P.O. BOX 841774**<br>**Dallas, TX 75284-1774** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Pending Check Not Cleared__<br>__Unpaid Invoice__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$418.20** |
|---|---|---|---|
| | **ERNEST PACKAGING SOLUTIONS**<br>**6387 WINDFERN RD.**<br>**Houston, TX 77040** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Pending Check Not Cleared__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,568.89** |
|---|---|---|---|
| | **FASTENAL**<br>**600 N. SHEPHERD, STE. 112**<br>**Houston, TX 77007** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Pending Check Not Cleared__<br>__Unpaid Invoice__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,040.78** |
|---|---|---|---|
| | **FIDELITY INVESTMENTS INSTITUTIONAL**<br>**OPERATIONS CO.**<br>**P.O. BOX 73307**<br>**Chicago, IL 60673-7307** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Pending Check Not Cleared__ | |
| | Last 4 digits of account number  **6927** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85,813,411.96** |
|---|---|---|---|
| | **Flexitallic Investments, Inc.**<br>**4150 N. Sam Houston Parkway E., Ste. 190**<br>**Houston, TX 77032** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Loan advances to support ongoing operations and__<br>__acquisition costs__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Custom Rubber Products, LLC** | Case number (if known) | **20-34466** |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,104,803.94**

**Flexitallic US, LLC**
**6915 Hwy 225**
**Deer Park, TX 77536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Funds advanced for various shared expenses, including health insurance, etc., that were never repaid__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Forum Energy Technologies (Davis-Lynch)**
**2005 Garden Road**
**Pearland, TX 77581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __For notice purposes only__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31.16**

**Forum US, Inc. dba DAVIS LYNCH**
**10344 SAM HOUSTON PARK DR.**
**SUITE 300**
**Houston, TX 77064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Pending Check Not Cleared__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**GEFCO, Inc.**
**2215 S. Van Buren**
**Enid, OK 73703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __For notice purposes only__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**GOTCO International, Inc. (GOTCO)**
**397 N. Sam Houston Parkway E., Ste. 400**
**Houston, TX 77060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __For notice purposes only__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$71.34**

**GRAINGER**
**4545 DARIEN ST**
**Houston, TX 77028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Pending Check Not Cleared__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,495.00**

**High Tech Machine**
**6518 WESCO Way**
**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __Unpaid Invoice__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Custom Rubber Products, LLC** | Case number *(if known)* | **20-34466** |
|---|---|---|---|
| | Name | | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Home Depot Credit Services**
**Dept. 32-2149253134**
**P.O. Box 9001030**
**Louisville, KY 40290-1030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $300.00 |
|---|---|---|---|

**HOUSTON PLATING & COATINGS**
**1315 GEORGIA**
**South Houston, TX 77587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Pending Check Not Cleared__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $581.48 |
|---|---|---|---|

**Integrated Logistics 2000**
**P.O. BOX 8372**
**Virginia Beach, VA 23450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Pending Check Not Cleared__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,059.44 |
|---|---|---|---|

**JACKSON LEWIS, P.C.**
**1415 LOUISIANA #3325**
**Houston, TX 77002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Pending Check Not Cleared__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KM Services**
**1207 Washington**
**South Houston, TX 77587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __For notice purposes only__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lee Specialties Seals, Ltd.**
**7597 Edgar Industrial Drive, #2**
**Red Deer, AB, T4P 3R2**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __For notice purposes only__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,800.00 |
|---|---|---|---|

**LOWRANCE MACH SHP**
**13510 EAST HARDY**
**Houston, TX 77039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __Pending Check Not Cleared__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Custom Rubber Products, LLC** | | Case number (if known) | **20-34466** |
|---|---|---|---|---|
| | Name | | | |

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$350.00** |
|---|---|---|---|
| | **MARTIN MCKEOWN** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | Date(s) debt was incurred __ | ☐ Disputed | |
| | Last 4 digits of account number __ | Basis for the claim: __Employee reimbursement__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|
| | **National Oilwell Varco (NATOIL)** | ☐ Contingent | |
| | **7909 Parkwood Circle Drive** | ☐ Unliquidated | |
| | **Houston, TX 77036** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __For notice purposes only__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,420.00** |
|---|---|---|---|
| | **NEX STAR MANUFACTURING INC.** | ☐ Contingent | |
| | **307 MISSISSIPPI AVE** | ☐ Unliquidated | |
| | **Wichita Falls, TX 76301** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Pending Check Not Cleared__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,366.30** |
|---|---|---|---|
| | **PINNACLE** | ☐ Contingent | |
| | **5272 MOUNTAIN CENTER PLAZA** | ☐ Unliquidated | |
| | **Lula, GA 30554** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Pending Check Not Cleared__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,315.00** |
|---|---|---|---|
| | **POLYMER MACHINERY** | ☐ Contingent | |
| | **154 POTOMAC** | ☐ Unliquidated | |
| | **Tallmadge, OH 44278** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Pending Check Not Cleared__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$813.71** |
|---|---|---|---|
| | **Pro Energy Partners, LP** | ☐ Contingent | |
| | **c/o Investar Bank** | ☐ Unliquidated | |
| | **P.O. box 644007** | ☐ Disputed | |
| | **Dallas, TX 75264-4007** | Basis for the claim: __Unpaid Invoice__ | |
| | Date(s) debt was incurred __ | | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$812.07** |
|---|---|---|---|
| | **PROSCO, INC** | ☐ Contingent | |
| | **3901 GROVE AVE.** | ☐ Unliquidated | |
| | **Gurnee, IL 60031** | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __Pending Check Not Cleared__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Custom Rubber Products, LLC** | Case number *(if known)* | **20-34466** |
|---|---|---|---|
| | Name | | |

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$163.27** |
|---|---|---|---|

**Quench**
630 Allendale Rd., Suite 200
King of Prussia, PA 19406

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Pending Check Not Cleared**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**R. Alexander Acosta, Secretary of Labor**
c/o Connie Ackerman, Regional Solicitor
US Dept. of Labor
525 S. Griffin St., Suite 501
Dallas, TX 75202

- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Administrative proceeding regarding disputed OSHA citations**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ray Oil Tools**
401 LA Highway 96
Broussard, LA 70518

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **For notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,406.00** |
|---|---|---|---|

**RELIANCE PRECISION MFG.**
10541 CYPRESS CREEK PARKWAY
STE 402
Houston, TX 77070

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Pending Check Not Cleared**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,588.21** |
|---|---|---|---|

**Reliant**
PO Box 1532
Houston, TX 77251-1532

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **9/1/2020**

Last 4 digits of account number **1587,1558**

Basis for the claim: **Unpaid utility bills, billed in arrears**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$462.50** |
|---|---|---|---|

**RESINOID ENG**
251 O'NEIL DR.
Hebron, OH 43025

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Pending Check Not Cleared**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,010.50** |
|---|---|---|---|

**ROACH, HOWARD, SMITH AND BARTON**
8750 N. CENTRAL EXPRESSWAY
STE 500
Dallas, TX 75231

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: **Pending Check Not Cleared Unpaid Invoice**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Custom Rubber Products, LLC** | Case number (if known) | **20-34466** |
|---|---|---|---|
| | Name | | |

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,282.86 |
|---|---|---|---|

**Roadrunner Recycling**
**P.O. Box  6011**
**Hermitage, PA 16148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Unpaid Invoice__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,850.00 |
|---|---|---|---|

**RSB ENVIRONMENTAL**
**10101 HARWIN DR ., STE #322**
**Houston, TX 77036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __Pending Check Not Cleared__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rubber Specialists Land Acquisition, LLC**
**5906 Dolores Street, Suite 225**
**Houston, TX 77057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number  __4708__

Basis for the claim:  __Rent__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Schlumberger Tech Corp.**
**3423 N. Sam Houston Parkway W, Ste. 304**
**Houston, TX 77086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __For notice purposes only__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $279.97 |
|---|---|---|---|

**Shred-It**
**c/o Stericycle, Inc.**
**28883 Network Place**
**Chicago, IL 60673-1288**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Smith International**
**1310 Rankin Road**
**Houston, TX 77073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __For notice purposes only__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**SOR Level & Flow Products**
**PO Box 15964**
**Lenexa, KS 66215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  __For notice purposes only__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Custom Rubber Products, LLC**                                      Case number (if known)    **20-34466**
        Name

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.64**

**Nonpriority creditor's name and mailing address**
SWSC
**Address Unknown**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **For notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.65**

**Nonpriority creditor's name and mailing address**
**T3 Energy Services, Inc.**
**140 Cypress Station Dr., Ste. 225**
**Houston, TX 77090**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **For notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.66**

**Nonpriority creditor's name and mailing address**
**TPI STAFFING, INC**
**21840 NORTHWEST FREEWAY**
**STE E**
**Cypress, TX 77429**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pending Check Not Cleared**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,770.57**

---

**3.67**

**Nonpriority creditor's name and mailing address**
**Tryco Machine Works**
**23731 FM 1314**
**Porter, TX 77365-3725**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Pending Check Not Cleared**

Is the claim subject to offset? ■ No  ☐ Yes

**$625.00**

---

**3.68**

**Nonpriority creditor's name and mailing address**
**Weatherford US, L.P.**
**11939 Aldine Westfield Road**
**Houston, TX 77093**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **For notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.69**

**Nonpriority creditor's name and mailing address**
**WellDynamics, Inc.**
**10200 Bellaire Blvd.**
**Houston, TX 77072**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **For notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.70**

**Nonpriority creditor's name and mailing address**
**Westcoast BOP**
**1515 Windcrest Rd.**
**Odessa, TX 79763**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **For notice purposes only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

| Debtor | **Custom Rubber Products, LLC** | Case number (if known) | **20-34466** |
|---|---|---|---|
| | Name | | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82.18 |
|---|---|---|---|

**Westcoast BOP Products, Inc.**
**6290 W. ERIE STREET**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pending Check Not Cleared**

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435.00 |
|---|---|---|---|

**WILLIE MILBURN JR.**
**4234 FALLEN OAKS DR.**
**Houston, TX 77091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Pending Check Not Cleared**

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Wood Gump**
**6223 W. Sam Houston Parkway North**
**Houston, TX 77041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **For notice purposes only**

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Linebarger Goggan Blair & Sampson, LLP**<br>**PO Box 3064**<br>**Houston, TX 77253-3064** | Line  **2.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Reliant**<br>**PO Box 650475**<br>**Dallas, TX 75265-0475** | Line  **3.54**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **RSB Environmental**<br>**6001 Savoy Dr., Ste 110**<br>**Houston, TX 77036** | Line  **3.58**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 303,109.93 |
| 5b. Total claims from Part 2 | 5b. + | $ 90,141,923.83 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 90,445,033.76 |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Custom Rubber Products, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>SOUTHERN DISTRICT OF TEXAS</td></tr>
<tr><td>Case number (if known)</td><td><strong>20-34466</strong></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases        12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest     **Equipment lease of copiers** | |
| State the term remaining    **expires 10/21/2021** | **DeLage Landen Financial Services** |
| List the contract number of any government contract | **PO Box 41602**<br>**Philadelphia, PA 19101-1602** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Equipment lease of copier** | |
| State the term remaining    **expires 1/6/2024** | **Great American Financial Services** |
| List the contract number of any government contract | **PO Box 660831**<br>**Dallas, TX 75266-0831** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest    **Lease of generator x-100** | |
| State the term remaining    **Unknown** | **Mustang CAT Generator Rental** |
| List the contract number of any government contract | **12800 Northwest Freeway**<br>**Houston, TX 77040** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest    **Equipment lease of:**<br>**2018 Doosan 625**<br>**Forklift 625N-7**<br>**2018 Doosan GC20**<br>**Forklift**<br>**2018 Doosan 630**<br>**Forklift**<br>**2018 Doosan 670**<br>**Forklift** | |
| State the term remaining    **expires 1/6/2021** | **PNC Equipment Finance, LLC** |
| List the contract number of any | **655 Business Center Dr., Suite 250**<br>**Horsham, PA 19044** |

Debtor 1   **Custom Rubber Products, LLC**
First Name          Middle Name          Last Name

Case number (*if known*)   **20-34466**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| government contract | |

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease** | |
|---|---|---|---|
| | State the term remaining | **month-to-month** | **Quench** |
| | List the contract number of any government contract | | **630 Allendale Rd., Suite 200** <br> **King of Prussia, PA 19406** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of land and buildings at 2625 Bennington, Houston, TX 77093** | |
|---|---|---|---|
| | State the term remaining | **expires 12/31/2024** | **Rubber Specialists Land Acquisition, LLC** |
| | List the contract number of any government contract | | **5906 Dolores Street, Suite 225** <br> **Houston, TX 77057** |

Fill in this information to identify the case:

Debtor name __**Custom Rubber Products, LLC**__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF TEXAS__

Case number (if known) __20-34466__

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|

| | Name | Mailing Address | Name | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |

| Fill in this information to identify the case: |
| :--- |

Debtor name  **Custom Rubber Products, LLC**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF TEXAS

Case number (if known)  **20-34466**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| :--- | :--- | ---: |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2020** to **Filing Date** | ■ Operating a business<br>☐ Other  **Operating a Business to Filing Date** | **$4,007,850.41** |
| **For prior year:**<br>From  **1/01/2019** to **12/31/2019** | ■ Operating a business<br>☐ Other | **$7,918,192.00** |
| **For year before that:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$13,984,471.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| :--- | :--- | :--- |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| :--- | :--- | :--- | :--- |

Debtor    **Custom Rubber Products, LLC**                    Case number *(if known)*    **20-34466**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Macro Manufacturing**<br>**9625 N. Ramsey Blvd**<br>**Portland, OR 97203** | **August 2020** | **$161,041.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Cytec Engineered Materials**<br>**29908 Network Place**<br>**Chicago, IL 60673-1299** | **July 2020** | **$95,080.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. **Rubber Specialists Land Acquisition, LLC**<br>**5906 Dolores Street, Suite 225**<br>**Houston, TX 77057** | **June 2020: $23,000**<br>**July 2020: $23,000**<br>**August 2020: $23,000**<br>**September 2020: $23,000** | **$92,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Rent** |
| 3.4. **Pinnacle**<br>**5272 Mountain Center Plaza**<br>**Lula, GA 30554** | **June 2020: $31,103.94**<br>**July 2020: $9,169.08**<br>**August 2020: $13,518.12**<br>**Sept. 2020: $1,366.00** | **$55,157.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. **Reliant**<br>**PO Box 1532**<br>**Houston, TX 77251-1532** | **June 2020: $15,510.43**<br>**July 2020: $13,915.75**<br>**August 2020: $14,771.03** | **$44,197.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.6. **SAS - Steel Alloys & Services**<br>**14909 Sellers RD**<br>**Houston, TX 77060** | **August 2020** | **$41,850.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Lowrance Machine Shop**<br>**13510 East Hardy Road**<br>**Houston, TX 77039** | **June 2020: $2,450.00**<br>**July 2020: $18,000.00**<br>**August 2020: $7,684.58** | **$28,134.58** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Custom Rubber Products, LLC**                                    Case number (if known)   **20-34466**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.8. | **Andre Burton (Comfort Care Security)**<br>**23471 Mace Drive**<br>**Porter, TX 77365** | **June 2020:**<br>**$6,210**<br>**July 2020:**<br>**$7,755**<br>**August 2020:**<br>**$6,855** | **$20,820.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.9. | **Jackson Lewis**<br>**1415 Louisiana Suite 3325**<br>**Houston, TX 77002** | **August 2020** | **$19,427.21** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.10. | **Fastenal**<br>**2001 Theurer Blvd.**<br>**Winona, MN 55987** | **June 2020:**<br>**$352.84**<br>**July 2020:**<br>**$5,743.16**<br>**August 2020:**<br>**$13,197.26** | **$19,293.26** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. | **CSI Calendaring**<br>**1119 Commercial Blvd S.**<br>**Arlington, TX 76001** | **June 2020:**<br>**$6,588.65**<br>**July 2020:**<br>**$1,554.80**<br>**August 2020:**<br>**$9,661.50** | **$17,804.95** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. | **Dyna Mix**<br>**705 S. Lyons**<br>**Tyler, TX 75702** | **June 2020:**<br>**$1,810.60**<br>**July 2020:**<br>**$6,036.02**<br>**August 2020:**<br>**$6,051.76** | **$13,898.38** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13. | **High Tech Machine**<br>**6518 Wesco Way**<br>**Houston, TX 77041** | **August 2020** | **$9,685.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14. | **Krauss Maffei Corporation**<br>**P.O. Box 1041**<br>**New York, NY 10268-1041** | **July 2020** | **$8,760.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15. | **Nex Star Manufacturing**<br>**307 Mississippi Ave.**<br>**Wichita Falls, TX 76301** | **July 2020** | **$7,810.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor    **Custom Rubber Products, LLC**                        Case number *(if known)*    **20-34466**

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.16. | **Reliance Precision Manufacturing**<br>**10541 Cypress Creek Parkway Ste. 402**<br>**Houston, TX 77070** | **July 2020:**<br>**$2,762.04**<br>**August 2020:**<br>**$5,030.05** | **$7,792.09** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. | **Global Shop Services**<br>**P.O. Box 840929**<br>**Dallas, TX 75284-0909** | **July 2020** | **$7,777.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.18. | **Maximum Enterprises**<br>**18211 Chisholm Trail, Suite 100**<br>**Houston, TX 77060** | **June 2020:**<br>**$3,914.00**<br>**August 2020:**<br>**$2,940.00** | **$6,854.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. | **Houston Plating & Coating**<br>**P.O. Box 418 South**<br>**South Houston, TX 77587** | **June 2020:**<br>**$2,100.00**<br>**August 2020:**<br>**$4,060.00** | **$6,160.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. | **Gretna Machine Shop**<br>**3450 Lang Road**<br>**Houston, TX 77092** | **July 2020** | **$5,860.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. | **Star Welding & Fabrication**<br>**P.O. Box 966**<br>**Deer Park, TX 77536** | **July 2020** | **$5,280.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. | **Waste Management of Texas**<br>**P.O. Box 43350**<br>**Phoenix, AZ 85080** | **June 2020** | **$4,818.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.23. | **Element Materials Technology**<br>**14805 Yorktown Plaza Dr.**<br>**Houston, TX 77040** | **June 2020:**<br>**$2,400.03**<br>**July 2020:**<br>**$1,350.00**<br>**August 2020:**<br>**$1,125.00** | **$4,875.03** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor  **Custom Rubber Products, LLC**                    Case number *(if known)*  **20-34466**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.24 **Roadrunner Recycling**<br>P.O. Box 6011<br>Hermitage, PA 16148 | **July 2020** | **$4,658.15** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Flexitallic Investments, Inc.**<br>4150 N. Sam Houston Parkway E., Ste. 190<br>Houston, TX 77032 | **7/24/2020** | **$44,031.30** | **Payment of corporate support services to Flextallic Investments, Inc.**<br>**Global IT support May/June 2020        $23,708.33**<br>**Human resource services May/June 2020  $ 4,605.81**<br>**Corporate personnel May/June 2020      $15,717.16** |
| 4.2. **Flexitallic Investments, Inc.**<br>4150 N. Sam Houston Parkway E., Ste. 190<br>Houston, TX 77032 | **8/19/2020** | **$203,412.03** | **Repayment of 6/1/2020 borrowing of operating funds from Flexitallic Investments, Inc. ($200,000) with interest ($3,412.03)** |
| 4.3. **Jeff White**<br>4150 N. Sam Houston Parkway E., Ste. 190<br>Houston, TX 77032<br>**VP and General Manager** | **9/1/2019 - 9/4/2020** | **$334,884.00** | **Salary:            $183,759**<br>**Bonus:             $ 12,000**<br>**Auto Allowance: $ 13,125**<br>**Severance:        $126,000** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

Debtor   **Custom Rubber Products, LLC**                                      Case number *(if known)*   **20-34466**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

|  | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | R. Alexander Acosta, Secretary of Labor v. Custom Rubber Products, LLC<br>OSHRC Docket No. 19-0943 | Disputed OSHA citations | Occupational Safety & Health Review Comm<br>690 S. Loop 336 West, Suite 400<br>Conroe, TX 77304 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

   ■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

   ■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

---

Debtor   **Custom Rubber Products, LLC**                     Case number *(if known)*   **20-34466**

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Kerry Holiday** | **2005 Van** | **6/20/2020** | **$500.00** |
| | **Relationship to debtor** | | | |
| 13.2. | **Jason Reed** | **2012 Trailer** | **6/20/2020** | **$2,500.00** |
| | **Relationship to debtor** | | | |

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.

Debtor  **Custom Rubber Products, LLC**      Case number *(if known)* **20-34466**

■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **The Flexitallic Group (plan administrator); available to Debtor's employees** | EIN: **49226** |

Has the plan been terminated?

■ No
☐ Yes

## Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Spirit of Texas Bank**<br>**615 University Drive East**<br>**College Station, TX 77845** | **XXXX-2265** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | **5/7/2020** | **$0.00** |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

Debtor   **Custom Rubber Products, LLC**                          Case number *(if known)*   **20-34466**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Aker Solutions**<br>**5333 Front Street**<br>**Sealy, TX 77474** | **Custom Rubber Products, LLC**<br>**2625 Bennington St.**<br>**Houston, TX 77093** | **Molds and/or other similary tooling used to make their products; details are on lists attached as Exhibit D; this exhibit is the only source of information the Debtor has to identify the molds/tooling; customer information, inspection and identification will be required; molds and tooling are located in the Debtor's pump room, a standalone storage container, and the press room at the far west end of the property.** | **Unknown** |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Andy Boyd Company (ABCO)**<br>**7108 West Little York Road**<br>**Houston, TX 77040** | **same** | **same** | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Allamon Tool Company**<br>**18935 Freeport Dr.**<br>**Montgomery, TX 77356** | **same** | **same** | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Baker Oil Tools (BOT)**<br>**Attn: Nelson Rincon**<br>**9100 Emmott Road**<br>**Houston, TX 77040** | **same** | **same** | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Baker Oil Tools (BOT)**<br>**1999 Rankin Road**<br>**Houston, TX 77073** | **same** | **same** | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Baker Hughes Oilfield Operations, LLC**<br>**16607 Central Greens Blvd.**<br>**Houston, TX 77032** | **same** | **same** | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Baker Oil Tools (BOT)**<br>**14990 Yorktown Plaza**<br>**Houston, TX 77040** | **same** | **same** | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| **Baker Hughes Oilfield Operations, LLC**<br>**16610 Aldine Westfield**<br>**Houston, TX 77073** | **same** | **same** | Unknown |
| Owner's name and address | Location of the property | Describe the property | Value |
| **BJ Services**<br>**1211 FM 2920**<br>**Tomball, TX 77375** | **same** | **same** | Unknown |

Debtor   **Custom Rubber Products, LLC**                    Case number *(if known)*   **20-34466**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Forum Energy Technologies (Davis-Lynch)**<br>**2005 Garden Road**<br>**Pearland, TX 77581** | **same** | **same** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **GEFCO, Inc.**<br>**2215 S. Van Buren**<br>**Enid, OK 73703** | **same** | **same** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **GOTCO International, Inc. (GOTCO)**<br>**397 N. Sam Houston Parkway E., Ste. 400**<br>**Houston, TX 77060** | **same** | **same** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **KM Services**<br>**1207 Washington**<br>**South Houston, TX 77587** | **same** | **same** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Lee Specialties Seals, Ltd.**<br>**7597 Edgar Industrial Drive, #2**<br>**Red Deer, AB, T4P 3R2**<br>**Canada** | **same** | **same** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **National Oilwell Varco (NATOIL)**<br>**7909 Parkwood Circle Drive**<br>**Houston, TX 77036** | **same** | **same** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Ray Oil Tools**<br>**401 LA Highway 96**<br>**Broussard, LA 70518** | **same** | **same** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Schlumberger Tech Corp.**<br>**3423 N. Sam Houston Parkway W, Ste. 304**<br>**Houston, TX 77086** | **same** | **same** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Smith International**<br>**1310 Rankin Road**<br>**Houston, TX 77073** | **same** | **same** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **SWSC**<br>**Address Unknown** | **same** | **same** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **T3 Energy Services, Inc.**<br>**140 Cypress Station Dr., Ste. 225**<br>**Houston, TX 77090** | **same** | **same** | **Unknown** |

Debtor   **Custom Rubber Products, LLC**                    Case number *(if known)*  **20-34466**

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Weatherford US, L.P.**<br>**11939 Aldine Westfield Road**<br>**Houston, TX 77093** | **same** | **same** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **WellDynamics, Inc.**<br>**10200 Bellaire Blvd.**<br>**Houston, TX 77072** | **same** | **same** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Westcoast BOP**<br>**1515 Windcrest Rd.**<br>**Odessa, TX 79763** | **same** | **same** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Wood Gump**<br>**6223 W. Sam Houston Parkway North**<br>**Houston, TX 77041** | **same** | **same** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **APS Technology**<br>**7 Laser Lane**<br>**Wallingford, CT 06492** | **same** | **same** | **Unknown** |

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **SOR Level & Flow Products**<br>**PO Box 15964**<br>**Lenexa, KS 66215** | **same** | **same** | **Unknown** |

## Part 12:   Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

&#9632; No.
&#9633; Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

&#9632; No.
&#9633; Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

Debtor   **Custom Rubber Products, LLC** _____   Case number *(if known)* **20-34466** _____

☑ No.

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ☑ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Flexitallic Investments, Inc.**<br>4150 N. Sam Houston Parkway E., Ste. 190<br>Houston, TX 77032 | **1/1/2013 - Present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.   **Price Waterhouse Coopers** | **12/31/2018** |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.   **Flexitallic Investments, Inc.**<br>4150 N. Sam Houston Parkway E., Ste. 190<br>Houston, TX 77032 | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

   ☑ None

| Name and address |
|---|

27. **Inventories**
   Have any inventories of the debtor's property been taken within 2 years before filing this case?

   ☐ No

   ☑ Yes. Give the details about the two most recent inventories.

Debtor    **Custom Rubber Products, LLC**                                        Case number *(if known)*  **20-34466**

| 27.1 . | Name of the person who supervised the taking of the inventory **Jonathan Chan** | Date of inventory **12/5/2019** | The dollar amount and basis (cost, market, or other basis) of each inventory **$4,946,102.59** |
|---|---|---|---|
| | Name and address of the person who has possession of inventory records **Flexitallic Investments, Inc. 4150 N. Sam Houston Parkway E., Ste. 190 Houston, TX 77032** | | |
| 27.2 . | **Greg Stout** | **12/17/2018** | **$3,366,588.00** |
| | Name and address of the person who has possession of inventory records **Flexitallic Investments, Inc. 4150 N. Sam Houston Parkway E., Ste. 190 Houston, TX 77032** | | |
| 27.3 . | **Not a Physical Inventory** | **8/31/2020** | **$2,701,436.88** |
| | Name and address of the person who has possession of inventory records **Custom Rubber Products, LLC 2625 Bennington Street Houston, TX 77093** | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **FGI Acquisition Corp.** | **4150 N. Sam Houston Parkway E., Ste. 190 Houston, TX 77032** | **Sole Member** | **100%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Gerry Maters** | **4150 N. Sam Houston Parkway E., Ste. 190 Houston, TX 77032** | **VP and CFO** | **0%** |
| Name | Address | Position and nature of any interest | % of interest, if any |
| **Jeff White** | **4150 N. Sam Houston Parkway E., Ste. 190 Houston, TX 77032** | **VP and General Manager** | **0%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

Debtor   **Custom Rubber Products, LLC**                              Case number *(if known)*   **20-34466**

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Jon Stokes | Emerson Automation Solutions 6021 Innovation Blvd. Shakopee, MN 55379 | CEO; 0% | 4/23/2018 - 11/1/2019 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| Brian Cothran | 7 Karstan Creek Ct. Spring, TX 77389 | President; 0% | 1/1/2020 - 8/25/2020 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Flexitallic Investments, Inc. 4150 N. Sam Houston Parkway E., Ste. 190 Houston, TX 77032 | $44,031.30 | 7/24/2020 | Payment of corporate support services to Flextallic Investments, Inc. Global IT support May/June 2020 $23,708.33 Human resource services May/June 2020   $ 4,605.81 Corporate personnel May/June 2020 $15,717.16 |
| | Relationship to debtor | | | |
| 30.2. | Flexitallic Investments, Inc. 4150 N. Sam Houston Parkway E., Ste. 190 Houston, TX 77032 | $203,412.03 | 8/19/2020 | Repayment of 6/1/2020 borrowing of operating funds from Flexitallic Investments, Inc. ($200,000) with interest ($3,412.03) |
| | Relationship to debtor | | | |

Debtor   **Custom Rubber Products, LLC**                          Case number *(if known)*   **20-34466**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.3. | | | | Corporate service charge payment to Flextallic Investments Q3 2019 (Corporate service charge payment to Flextallic Investments Q4 2019 not billed) |
| | **Flexitallic Investments, Inc.** **4150 N. Sam Houston Parkway E., Ste. 190** **Houston, TX 77032** | $355,551.00 | 10/18/2019 | |
| | Relationship to debtor | | | |
| 30.4. | | | | Corporate service charge payment to Flextallic Investments Q1 2020 (Corporate service charge payment to Flextallic Investments Q2 2020 not billed) |
| | **Flexitallic Investments, Inc.** **4150 N. Sam Houston Parkway E., Ste. 190** **Houston, TX 77032** | $327,699.00 | 4/22/2020 | |
| | Relationship to debtor | | | |
| 30.5. | | | | Daily sweeps to/from Flexitallic Investments, Inc. Transfers Received: $389,488.46 Transfers Made: ($401,507.92) |
| | **Flexitallic Investments, Inc.** **4150 N. Sam Houston Parkway E., Ste. 190** **Houston, TX 77032** | Net transfers to Debtor:  ($12,019.46) | **Daily sweeps for the month ending 9/30/2019** | |
| | Relationship to debtor | | | |
| 30.6. | | | | Daily sweeps to/from Flexitallic Investments, Inc. Transfers Received: $571,390.17 Transfers Made: ($818,103.45) |
| | **Flexitallic Investments, Inc.** **4150 N. Sam Houston Parkway E., Ste. 190** **Houston, TX 77032** | Net transfers to Debtor:  ($246,713.28) | **Daily sweeps for the month ending 10/31/2019** | |
| | Relationship to debtor | | | |

Debtor  **Custom Rubber Products, LLC**                                    Case number *(if known)*  **20-34466**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.7. | **Flexitallic Investments, Inc. 4150 N. Sam Houston Parkway E., Ste. 190 Houston, TX 77032** | **Net transfers to Debtor:  $111,472.54** | **Daily sweeps for the month ending 11/30/2019** | Daily sweeps to/from Flexitallic Investments, Inc. Transfers Received: $411,706.87 Transfers Made: ($300,234.33) |
| | **Relationship to debtor** | | | |
| 30.8. | **Flexitallic Investments, Inc. 4150 N. Sam Houston Parkway E., Ste. 190 Houston, TX 77032** | **Net transfers to Debtor:  $21,160.92** | **Daily sweeps for the month ending 12/31/2019** | Daily sweeps to/from Flexitallic Investments, Inc. Transfers Received: $467,388.19 Transfers Made: ($438,227.27) |
| | **Relationship to debtor** | | | |
| 30.9. | **Flexitallic Investments, Inc. 4150 N. Sam Houston Parkway E., Ste. 190 Houston, TX 77032** | **Net transfers to Debtor:  $27,857.32** | **Daily sweeps for the month ending 1/31/2020** | Daily sweeps to/from Flexitallic Investments, Inc. Transfers Received: $672,305.44 Transfers Made: ($644,448.12) |
| | **Relationship to debtor** | | | |
| 30.10. | **Flexitallic Investments, Inc. 4150 N. Sam Houston Parkway E., Ste. 190 Houston, TX 77032** | **Net transfers to Debtor:  $37,180.43** | **Daily sweeps for the month ending 2/28/2020** | Daily sweeps to/from Flexitallic Investments, Inc. Transfers Received: $617,992.17 Transfers Made: ($580,811.74) |
| | **Relationship to debtor** | | | |
| 30.11. | **Flexitallic Investments, Inc. 4150 N. Sam Houston Parkway E., Ste. 190 Houston, TX 77032** | **Net transfers to Debtor:  ($172,817.31)** | **Daily sweeps for the month ending 3/31/2020** | Daily sweeps to/from Flexitallic Investments, Inc. Transfers Received: $381,309.03 Transfers Made: ($554,126.34) |
| | **Relationship to debtor** | | | |

Debtor **Custom Rubber Products, LLC**   Case number *(if known)* **20-34466**

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 2. | **Flexitallic Investments, Inc. 4150 N. Sam Houston Parkway E., Ste. 190 Houston, TX 77032** | Net transfers to Debtor: **$526,292.86** | **Daily sweeps for the month ending 4/30/2020** | **Daily sweeps to/from Flexitallic Investments, Inc. Transfers Received: $799,148.18 Transfers Made: ($272,855.32)** |
| | Relationship to debtor | | | |
| 30.1 3. | **Flexitallic Investments, Inc. 4150 N. Sam Houston Parkway E., Ste. 190 Houston, TX 77032** | Net transfers to Debtor: **$393,803.79** | **Daily sweeps for the month ending 5/31/2020** | **Daily sweeps to/from Flexitallic Investments, Inc. Transfers Received: $453,062.02 Transfers Made: ($59,258.23)** |
| | Relationship to debtor | | | |
| 30.1 4. | **Flexitallic Investments, Inc. 4150 N. Sam Houston Parkway E., Ste. 190 Houston, TX 77032** | Loan advance to Debtor: $135,000.00 | **9/1/2020** | **Loan advance to assist with operating expenses** |
| | Relationship to debtor | | | |
| 30.1 5. | **Flexitallic Investments, Inc. 4150 N. Sam Houston Parkway E., Ste. 190 Houston, TX 77032** | Loan advance to Debtor: $65,000.00 | **9/3/2020** | **Loan advance to assist with operating expenses** |
| | Relationship to debtor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **FGI Acquisition Corp.** | EIN:   **98-0552032** |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|
| | |

Debtor   **Custom Rubber Products, LLC**                                        Case number *(if known)*   **20-34466**

---

| **Part 14:** | **Signature and Declaration** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on         9/17/2020
                      DocuSigned by:

*Gerry Maters*                                              **Gerry Maters**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **Vice President and Chief Financial Officer**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

DocuSign Envelope ID: 08A357B4-F529-438E-A3EF-1064F913AB89

# United States Bankruptcy Court
## Southern District of Texas

In re    **Custom Rubber Products, LLC**           Case No.    **20-34466**
                        Debtor(s)           Chapter    **7**

# BUSINESS INCOME AND EXPENSES

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS**   (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

     1. Gross Income For 12 Months Prior to Filing:                 $     **6,711,000.00**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

     2. Gross Monthly Income                                     $              **0.00**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | | |
|---|---|---:|
| 3. Net Employee Payroll (Other Than Debtor) | $ | 0.00 |
| 4. Payroll Taxes | | 0.00 |
| 5. Unemployment Taxes | | 0.00 |
| 6. Worker's Compensation | | 0.00 |
| 7. Other Taxes | | 0.00 |
| 8. Inventory Purchases (Including raw materials) | | 0.00 |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | | 0.00 |
| 10. Rent (Other than debtor's principal residence) | | 23,000.00 |
| 11. Utilities | | 2,000.00 |
| 12. Office Expenses and Supplies | | 0.00 |
| 13. Repairs and Maintenance | | 0.00 |
| 14. Vehicle Expenses | | 0.00 |
| 15. Travel and Entertainment | | 0.00 |
| 16. Equipment Rental and Leases | | 2,125.00 |
| 17. Legal/Accounting/Other Professional Fees | | 0.00 |
| 18. Insurance | | 0.00 |
| 19. Employee Benefits (e.g., pension, medical, etc.) | | 0.00 |

     20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

         DESCRIPTION                                  TOTAL

     21. Other (Specify):

         DESCRIPTION                                  TOTAL

     22. Total Monthly Expenses (Add items 3-21)                         $     **27,125.00**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

     23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)       $     **-27,125.00**

ABC Home & Commercial Services
11934 Barker Cypress Road
Cypress, TX 77433


ABRASIVE WAREHOUSE & EQUIP
1221 N. POST OAK ROAD
Houston, TX 77055


Airgas USA, LLC
P.O. BOX 676015
Dallas, TX 75267-6015


Aker Solutions
5333 Front Street
Sealy, TX 77474


Allamon Tool Company
18935 Freeport Dr.
Montgomery, TX 77356


Amegy Bank, NA
1717 West Loop S., 20th Floor
Houston, TX 77027


Amerigas  Propane, LP
8903 LAWNDALE ST
Houston, TX 77012-3455


ANDRE BURTON PROTECTION AGENCY, LLC
23471 MACE DR
Porter, TX 77365

Andy Boyd Company (ABCO)
7108 West Little York Road
Houston, TX 77040


Ann Bennett
Tax Assessor-Collector
Harris County, et al.
PO Box 3547
Houston, TX 77253-3547


APS Technology
7 Laser Lane
Wallingford, CT 06492


AWARDS NETWORK
PO BOX 100
La Porte, IN 46352-0100


Baker Hughes Oilfield Operations, LLC
16607 Central Greens Blvd.
Houston, TX 77032


Baker Hughes Oilfield Operations, LLC
16610 Aldine Westfield
Houston, TX 77073


Baker Oil Tools (BOT)
Attn: Nelson Rincon
9100 Emmott Road
Houston, TX 77040


Baker Oil Tools (BOT)
1999 Rankin Road
Houston, TX 77073

Baker Oil Tools (BOT)
14990 Yorktown Plaza
Houston, TX 77040


BJ Services
1211 FM 2920
Tomball, TX 77375


C.H. ROBINSON COMPANY
14701 CHARLSON ROAD
STE 1400
Eden Prairie, MN 55347


CENTERPOINT  ENERGY HOUSTON
 P.O. Box 4567
Houston, TX 77210-4567


CITY OF HOUSTON WATER DIVISION
CITY HALL
Houston, TX 77001


DE LAGE LANDEN FINANCIAL SE
1111 OLD EAGLE SCHOOL RD
Wayne, PA 19087


DeLage Landen Financial Services
PO Box 41602
Philadelphia, PA 19101-1602


Dennis Kroll
2013 Golden Bay Lane
League City, TX 77573

DYNA-MIX
705 SOUTH LYONS
Tyler, TX 75712


ELEMENT MATERIALS TECHNOLOGY
P.O. BOX 841774
Dallas, TX 75284-1774


ERNEST PACKAGING SOLUTIONS
6387 WINDFERN RD.
Houston, TX 77040


FASTENAL
600 N. SHEPHERD, STE. 112
Houston, TX 77007


FIDELITY INVESTMENTS INSTITUTIONAL
OPERATIONS CO.
P.O. BOX 73307
Chicago, IL 60673-7307


Flexitallic Investments, Inc.
4150 N. Sam Houston Parkway E., Ste. 190
Houston, TX 77032


Flexitallic US, LLC
6915 Hwy 225
Deer Park, TX 77536


Forum Energy Technologies (Davis-Lynch)
2005 Garden Road
Pearland, TX 77581

Forum US, Inc. dba DAVIS LYNCH
10344 SAM HOUSTON PARK DR.
SUITE 300
Houston, TX 77064

GEFCO, Inc.
2215 S. Van Buren
Enid, OK 73703

GOTCO International, Inc. (GOTCO)
397 N. Sam Houston Parkway E., Ste. 400
Houston, TX 77060

GRAINGER
4545 DARIEN ST
Houston, TX 77028

Great American Financial Services
PO Box 660831
Dallas, TX 75266-0831

High Tech Machine
6518 WESCO Way
Houston, TX 77041

Home Depot Credit Services
Dept. 32-2149253134
P.O. Box 9001030
Louisville, KY 40290-1030

HOUSTON PLATING & COATINGS
1315 GEORGIA
South Houston, TX 77587

Integrated Logistics 2000
P.O. BOX 8372
Virginia Beach, VA 23450


JACKSON LEWIS, P.C.
1415 LOUISIANA #3325
Houston, TX 77002


KM Services
1207 Washington
South Houston, TX 77587


Lee Specialties Seals, Ltd.
7597 Edgar Industrial Drive, #2
Red Deer, AB, T4P 3R2
Canada

Linebarger Goggan Blair & Sampson, LLP
PO Box 3064
Houston, TX 77253-3064


LOWRANCE MACH SHP
13510 EAST HARDY
Houston, TX 77039


MARTIN MCKEOWN


Mustang CAT Generator Rental
12800 Northwest Freeway
Houston, TX 77040

National Oilwell Varco (NATOIL)
7909 Parkwood Circle Drive
Houston, TX 77036

NEX STAR MANUFACTURING INC.
307 MISSISSIPPI AVE
Wichita Falls, TX 76301

PINNACLE
5272 MOUNTAIN CENTER PLAZA
Lula, GA 30554

PNC Equipment Finance, LLC
655 Business Center Dr., Suite 250
Horsham, PA 19044

POLYMER MACHINERY
154 POTOMAC
Tallmadge, OH 44278

Pro Energy Partners, LP
c/o Investar Bank
P.O. box 644007
Dallas, TX 75264-4007

PROSCO, INC
3901 GROVE AVE.
Gurnee, IL 60031

Quench
630 Allendale Rd., Suite 200
King of Prussia, PA 19406

DocuSign Envelope ID: 08A357B4-F629-438E-A3EF-1064F913AB89

```
R. Alexander Acosta, Secretary of Labor
c/o Connie Ackerman, Regional Solicitor
US Dept. of Labor
525 S. Griffin St., Suite 501
Dallas, TX 75202


Ray Oil Tools
401 LA Highway 96
Broussard, LA 70518



RELIANCE PRECISION MFG.
10541 CYPRESS CREEK PARKWAY
STE 402
Houston, TX 77070


Reliant
PO Box 1532
Houston, TX 77251-1532



Reliant
PO Box 650475
Dallas, TX 75265-0475



RESINOID ENG
251 O'NEIL DR.
Hebron, OH 43025



ROACH, HOWARD, SMITH AND BARTON
8750 N. CENTRAL EXPRESSWAY
STE 500
Dallas, TX 75231


Roadrunner Recycling
P.O. Box 6011
Hermitage, PA 16148
```

RSB ENVIRONMENTAL
10101 HARWIN DR ., STE #322
Houston, TX 77036


RSB Environmental
6001 Savoy Dr., Ste 110
Houston, TX 77036


Rubber Specialists Land Acquisition, LLC
5906 Dolores Street, Suite 225
Houston, TX 77057


Schlumberger Tech Corp.
3423 N. Sam Houston Parkway W, Ste. 304
Houston, TX 77086


Shred-It
c/o Stericycle, Inc.
28883 Network Place
Chicago, IL 60673-1288


Smith International
1310 Rankin Road
Houston, TX 77073


SOR Level & Flow Products
PO Box 15964
Lenexa, KS 66215


SWSC
Address Unknown

T3 Energy Services, Inc.
140 Cypress Station Dr., Ste. 225
Houston, TX 77090


TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 13528, Capitol Station
Austin, TX 78711-3528


TPI STAFFING, INC
21840 NORTHWEST FREEWAY
STE E
Cypress, TX 77429


Tryco Machine Works
23731 FM 1314
Porter, TX 77365-3725


Weatherford US, L.P.
11939 Aldine Westfield Road
Houston, TX 77093


WellDynamics, Inc.
10200 Bellaire Blvd.
Houston, TX 77072


Westcoast BOP
1515 Windcrest Rd.
Odessa, TX 79763


Westcoast BOP Products, Inc.
6290 W. ERIE STREET
Chandler, AZ 85226

```
WILLIE MILBURN JR.
4234 FALLEN OAKS DR.
Houston, TX 77091
```

```
Wood Gump
6223 W. Sam Houston Parkway North
Houston, TX 77041
```